IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RACHEL TAYLOR,<br>individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CLAY-PLATTE FAMILY MEDICINE<br>CLINIC, P.C., *et al.*,<br><br>    Defendants. | Case No. 24-00716-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 5th day of February 2025, a Notice of Voluntary Dismissal without Prejudice was filed herein,

IT IS ORDERED that Plaintiffs' complaint is hereby **DISMISSED** without prejudice against Defendants Clay-Platte Family Medicine Clinic, P.C., Summit Family and Sports Medicine, Cobblestone Family Medicine Clinic, Barry Pointe Family Care, LLC.

                              AT THE DIRECTION OF THE COURT

                              Paige Wymore-Wynn, Clerk of Court
                                **/s/ Shauna Murphy-Carr**
                                    Deputy Clerk

Date: February 5, 2025